ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :    INFORMATION
        - v. -                      :
                                    :    07 Cr.
MITCHELL BRAITHWAITE,               :
                                    :
        Defendant.                  :
                                    :
- - - - - - - - - - - - - - - - - -x



**07 CRIM. 946**

COUNT ONE

The United States Attorney charges:

1. In or about May 2007, in the Southern District of New York, MITCHELL BRAITHWAITE, the defendant, unlawfully, wilfully, and knowingly did execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities and other property owned by and under the custody and control of a financial institution by means of false and fraudulent pretenses, representations and promises, to wit, BRAITHWAITE opened a bank account at Bank of America, 206 Main Street, White Plains, New York, the deposits of which were then insured by the Federal Deposit Insurance Corporation; deposited into that account three checks totaling $144,070 and bearing the forged signature of the payor; and then transferred proceeds of the checks out of that account.

(Title 18, United States Code, Section 1344.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

_____
MICHAEL J. GARCIA
United States Attorney