*Ct Exh. 1*
*10/10/07*

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, :

v. :

           07 Cr.

MITCHELL BRAITHWAITE, :

    :

    Defendant. :
------------------------------------x

**MITCHELL BRAITHWAITE**, the above-named defendant, who is accused of violating Title 18, United States Code, Section 1344, having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
                          Defendant.

_____
                      Counsel for Defendant.

Date: White Plains, New York
      October 10, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____