# NOTICE OF APPEAL

## UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of ___NEW YORK___

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number __07 Cr. 946 (SCR)__ |
| - v - | |
| MITCHELL BRAITHWAITE, | Honorable Stephen C. Robinson |
| _____Defendant._____ | (District Court Judge) |

Notice is hereby given that ___the defendant Mitchell Braithwaite___ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [ X ]; order [ ]; other [ ]; _____ (specify)

entered in this action on __1/10/08__
(date)

Offense occurred after November 1, 1987    Yes [ X ]    No [ ]

The appeal concerns:   conviction only [ ];   sentence only [ ];   conviction and sentence [ ].

__BARRY D. LEIWANT, ESQ.__
(Counsel for Appellant)

Date __1/14/08__

TO: RICHARD C. TARLOWE, ESQ.
Assistant United States Attorney
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Attn: MITCHELL BRAITHWAITE
Reg. No. 84857-054

Address __Federal Defenders of NY Inc.__
__52 Duane Street, 10th Floor__
__New York, New York 10007__

Telephone Number __(212) 417-8742__

ADD ADDITIONAL PAGE IF NECESSARY

---

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION – FORM B | |
|---|---|---|
| ▶ **QUESTIONNAIRE** | ▶ **TRANSCRIPT ORDER** | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
| [X] I am ordering a transcript | Prepare transcript of | Dates |
| [ ] I am not ordering a transcript | [ ] Pre-trial proceedings | |
| Reason: | [ ] Trial | |
| [ ] Daily copy is available | [X] Sentence | 1/10/08 |
| [ ] U.S. Attorney has placed order | [ ] Post-trial proceedings | |
| [ ] Other. Attach explanation | | |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))   ▶ Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature
SUSANNE BRODY, ESQ.    *(signed)* SuBrody    DATE 1/14/08

---

▶ **COURT REPORTER ACKNOWLEDGEMENT**    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages. |
|---|---|---|
| | | |

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL                    *U.S. GPO: 2001-611-552/60002