UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

UNITED STATES OF AMERICA

                                                                      CASE#   07 CR 946   ( SCR )

        Vs

                                                                      **ORDER OF REMAND**

Mitchell Braithwaite

-----------------------------------------------------------

      It is hereby ordered that   Mitchell Braithwaite  , the defendant, is hereby ordered remanded into the custody of the U.S. Marshal Service, and that the conditions of the Supervised Release provisions are hereby revoked.

                        So Ordered: _____  1/15/08
                                          U.S. District Judge         Date