SDNY-WPNY
07-cr-946
ROBINSON

MANDATE

ORIGINAL

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
----------------------------------X

UNITED STATES OF AMERICA,        :        **S T I P U L A T I O N**

      - v -                       :        **Docket No. 08-0320-cr**

**MITCHELL BRAITHWAITE,**

                  Appellant.      :

----------------------------------X

UNITED STATES COURT OF APPEALS
FILED
JUN 3 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

CLERK'S OFFICE
U.S. COURT OF APPEALS

RECEIVED
2008 MAY 23   PH 2:0

      It is hereby stipulated by and between the undersigned and

with the approval of **Mitchell Braithwaite** that the above captioned

appeal is withdrawn.

Dated:  New York, New York
        April  11  , 2008

By: _____
**MITCHELL BRAITHWAITE**

By: _____
**EDWARD S. ZAS, ESQ.**
Federal Defenders of New York, Inc.
Appeals Bureau
52 Duane Street, 10th Floor
New York, New York 10007
Tel. No.: (212) 417-8742

By: _Richard C. Tarlowe (by esz w/ permission)_
**RICHARD C. TARLOWE, ESQ.**
Assistant United States Attorney
Southern District of New York
Federal Courthouse
300 Quarropas Street
White Plains, New York 10601
Tel. No.: (914) 993-1963

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

**SO ORDERED:**

JUN  3 2008
_____
**Date**

**FOR THE COURT:**
**CATHERINE O'HAGAN WOLFE,**
By: _____

Judy Pisanont, Motions Staff Attorney

CERTIFIED:  6/24/08